# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 16-711V
Filed: April 7, 2017
UNPUBLISHED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| JILL M. SIMMERS, *Parent and* | \* |
| *Natural Guardian of a minor child*, E.K.S. | \* |
| | \* |
| Petitioner, | \* |
| v. | \* |
| | \*   Attorneys' Fees and Costs; |
| SECRETARY OF HEALTH | \*   Respondent Does Not Object |
| AND HUMAN SERVICES, | \* |
| | \* |
| Respondent. | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Kevin Mack, Law Office of Kevin A. Mack, Tiffin, OH, for petitioner.*
*Alexis Babcock, U.S. Department of Justice, Washington, DC, for respondent.*

### DECISION ON ATTORNEYS' FEES AND COSTS[1]

**Roth,** Special Master:

On June 20, 2016, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"), on behalf of her minor child, E.K.S. Petitioner alleged that E.K.S. developed Postural Orthostatic Tachycardic Syndrome ("POTS") after receiving a human papillomavirus ("HPV") vaccination. On March 27, 2017, the undersigned issued a decision dismissing petitioner's claim based on petitioner's motion to dismiss. ECF No. 31.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On March 31, 2017, petitioner filed an unopposed motion for attorneys' fees and costs. ECF No. 32. Petitioner filed a supplement to her application for fees on April 7, 2017. ECF No. 36. Petitioner requests attorneys' fees in the amount of $12,714.50 and attorneys' costs in the amount of $502.10 for a total amount of $13,216.60. *Id.* at 7. In accordance with General Order #9, petitioner's counsel represents that petitioner incurred no out-of-pocket expenses. Respondent has indicated that he is unopposed to petitioner's fee application.

The Vaccine Act permits an award of reasonable attorneys' fees and costs. § 15(e). Based on the reasonableness of petitioner's request and the lack of opposition from respondent, the undersigned **GRANTS** petitioner's motion for attorneys' fees and costs.[3]

Accordingly, the undersigned awards the total of **$13,216.60**[4] **as a lump sum in the form of a check jointly payable to petitioner and petitioner's counsel Kevin Mack.**

The clerk of the court shall enter judgment in accordance herewith.[5]

**IT IS SO ORDERED.**

s/Mindy Michaels Roth
Mindy Michaels Roth
Special Master

---

[3] I have made no determination as to counsel's hourly rate in this matter; I merely conclude that the total sums requested seem reasonable and appropriate.

[4] This amount is intended to cover all legal expenses incurred in this matter. This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered. Furthermore, § 15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein. *See generally Beck v. Sec'y of Health & Human Servs.*, 924 F.2d 1029 (Fed. Cir.1991).

[5] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.